UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KRISTEN R. BUSSELL, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:17-CV-605-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL OF** |
| ELIZABETHTOWN INDEPENDENT ) | **DEFENDANT ELIZABETHTOWN** |
| SCHOOL DISTRICT, et al., ) | **INDEPENDENT SCHOOL DISTRICT** |
| ) | **WITH PREJUDICE** |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' and Defendant Elizabethtown Independent School District's Agreed Order of Partial Dismissal [R. 43]. Having reviewed the Agreed Order, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' claims against Defendant Elizabethtown Independent School District are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

This the 17th day of April, 2019.

*[Signature]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record