UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KRISTEN R. BUSSELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELIZABETHTOWN INDEPENDENT )<br>SCHOOL DISTRICT, et al., )<br>)<br>Defendants. ) | Civil Action No. 3:17-CV-605-CHB<br><br>**ORDER OF DISMISSAL OF DEFENDANT STEPHEN KYLE GOODLETT WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [R. 46]. Having reviewed the Notice, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' claims against Defendant Stephen Kyle Goodlett are **DISMISSED WITHOUT PREJUDICE** and each party shall bear its own fees and costs.

2. All claims having been resolved, *see* [R. 44], this matter is **DISMISSED** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's **ACTIVE DOCKET**.

This the 20th day of September, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record